U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 MAR 22 AM 10: 06

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:18-cr-93 -2 |
| ) | |
| KAREN NORFUL, ) | |
| Defendant ) | |

## SUPERSEDING INFORMATION

### Count 1

The United States Attorney charges:

Between in or about January 2018 and in or about August 2018, in the District of Vermont and elsewhere, the defendant, KAREN NORFUL, knowingly and willfully conspired with others known and unknown to the United States Attorney to distribute heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance. With regard to KAREN NORFUL, her conduct as a member of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base.

(21 U.S.C. §§ 841(a), 846, 841(b)(1)(B))

*[signature]*

CHRISTINA E. NOLAN (PJV)
United States Attorney
Burlington, Vermont

March 22, 2019

1