UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:18-CR-93-2 |
| ) | |
| KAREN NORFUL, ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Lauren B. Gebo, Paralegal Specialist for the District of Vermont, do hereby certify that on March 22, 2019, I filed the SUPERSEDING INFORMATION with the Clerk of the Court. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF party:

Richard Bothfeld, Esq.

Dated and signed at Burlington, Vermont this 22nd day of March, 2019.

By: /s/ Lauren B. Gebo
LAUREN B. GEBO
Paralegal Specialist
U.S. Attorney's Office
P.O. Box 570
Burlington, VT 05402
(802) 951-6725
Lauren.Gebo@usdoj.gov